UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MACKEY, <br><br> Plaintiff, <br><br> v. <br><br> RUDD, *et al.*, <br><br> Defendants. | No. 1:24-cv-00648-JLT-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS <br><br> (Doc. 13) |

Terry Mackey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 15, 2024, the assigned magistrate judge screened Plaintiff's second amended complaint, lodged November 11, 2024,[1] and found that Plaintiff stated cognizable claims for deliberate indifference to medical care against: (1) Defendants C. Rudd and K. Ram for excessive force in violation of the Eighth Amendment; (2) M. Mix for failure to prevent harm in violation of the Eighth Amendment; (3) C. Rudd and K. Ram for a state law claim for battery; and (4) C. Rudd, K. Ram, and M. Mix for a state law claim for negligence. (Doc. 13.) The magistrate judge further recommended that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and

---

[1] Plaintiff lodged a second amended complaint before the first amended complaint could be screened. (Doc. 11.) The magistrate judge construed the lodged complaint as a motion to amend and granted Plaintiff's motion prior to screening the second amended complaint. (Doc. 13, pp. 1–2.)

1

recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days after service. (*Id.*) On November 25, 2024, Plaintiff timely filed objections to the findings and recommendations. (Doc 15.) Plaintiff filed nearly identical objections on December 2, 2024. (Doc. 16.)

In his objections, Plaintiff contends that his deliberate indifference claim against Defendant Mix and his intentional infliction of emotional distress claim against all defendants should proceed. (Doc. 15.) Plaintiff also appears to request leave to file a third amended complaint to add John Does 1–10 and Jane Does 1–10 as defendants, and to bring this action against all officers in their individual and official capacities. (*Id.*)

With respect to Plaintiff's objection regarding his deliberate indifference claim against Defendant Mix, Plaintiff's claim for failure to prevent harm in violation of the Eighth Amendment includes Plaintiff's allegation that he placed Defendant Mix on notice of his severe pain and that Defendant Mix failed to provide any aid to Plaintiff. That claim will be permitted to proceed. However, Plaintiff's objection regarding his intentional infliction of emotional distress claim does not provide any basis for departing from the magistrate judge's findings and recommendations. Plaintiff's objections do not materially address, for example, the magistrate judge's conclusion that Plaintiff has not alleged facts to suggest he suffered from severe emotional distress.

To the extent Plaintiff requests further leave to amend, Plaintiff's request does not provide any explanation as to how the additional defendants or claims apply to the claims raised in this action. Plaintiff's request will therefore be denied without prejudice to filing a renewed motion to amend the complaint that provides further information.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on November 15, 2024, (Doc. 13), are **ADOPTED IN FULL**.

2. Plaintiff's motion to amend the complaint, (Doc. 15), is **DENIED WITHOUT PREJUDICE**.
3. This action shall proceed on Plaintiff's second amended complaint, filed November 15, 2024, (Doc. 14), against:
    a. Defendants C. Rudd and K. Ram for excessive force in violation of the Eighth Amendment;
    b. Defendant M. Mix for failure to prevent harm in violation of the Eighth Amendment;
    c. Defendants C. Rudd and K. Ram for a state law claim for battery; and
    d. Defendants C. Rudd, K. Ram, and M. Mix for a state law claim for negligence.
4. All other claims are **DISMISSED** from this action for failure to state claims upon which relief may be granted.
5. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **December 22, 2024**                               /s/ Jennifer L. Thurston
                                                            UNITED STATES DISTRICT JUDGE