# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MACKEY,<br><br>Plaintiff,<br><br>v.<br><br>RUDD, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00648-JLT-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE 60 DAYS<br><br>(ECF No. 33)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Terry Mackey ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Rudd and Ramm for excessive force in violation of the Eighth Amendment; (2) Defendant Mix for failure to prevent harm in violation of the Eighth Amendment; (3) Defendants Rudd and Ramm for a state law claim for battery; and (4) Defendants Rudd, Ramm, and Mix for a state law claim for negligence.

On June 10, 2025, the Court issued a discovery and scheduling order, which set the deadline for completion of discovery, including filing all motions to compel discovery, as February 10, 2026, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) as April 20, 2026. (ECF No. 30.)

Currently before the Court is Plaintiff's motion to modify the discovery and scheduling order, filed on January 15, 2026. (ECF No. 33.) In his motion, Plaintiff requests the Court

1

extend the discovery deadline by sixty (60) days, and to adjust any related deadlines as necessary. (*Id.*)  Defendants have not filed a response.

The Court finds it appropriate to obtain a response from Defendants regarding the motion. Accordingly, Defendants shall file a response to Plaintiff's motion within **fourteen (14) days** from the date of service of this order.  Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated:    **January 20, 2026**                     /s/ *Barbara A. McAuliffe*        _
                                                                    UNITED STATES MAGISTRATE JUDGE