# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MACKEY,<br><br>          Plaintiff,<br><br>     v.<br><br>RUDD, *et al.*,<br><br>          Defendants. | Case No.  1:24-cv-00648-JLT-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE<br>(ECF No. 33)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br>(ECF No. 36)<br><br>Discovery Deadline: **April 13, 2026**<br>Dispositive Motion Deadline: **June 22, 2026** |

Plaintiff Terry Mackey ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Rudd and Ram for excessive force in violation of the Eighth Amendment; (2) Defendant Mix for failure to prevent harm in violation of the Eighth Amendment; (3) Defendants Rudd and Ram for a state law claim for battery; and (4) Defendants Rudd, Ram, and Mix for a state law claim for negligence.

Pursuant to the Court's June 10, 2025 discovery and scheduling order, the deadline for completion of all discovery, including filing all motions to compel discovery, is February 10, 2026, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is April 20, 2026.  (ECF No. 30.)

1

Currently before the Court is Plaintiff's motion to extend the discovery deadline by 60 days, filed January 15, 2026. (ECF No. 33.) Plaintiff also requests that the Court adjust any related deadlines as necessary. (*Id.*)

On January 20, 2026, Defendants filed a statement of non-opposition to Plaintiff's motion, and further move for an order extending the deadline to file a motion for summary judgment by 60 days. (ECF No. 36.) Defense counsel states that they will be unable to prepare the motion by the current deadline due to the press of other business, and the need to complete investigation into Plaintiff's claims after having been recently assigned to the case. Defense counsel also spoke to Plaintiff on January 16, 2026, regarding extending the deadline for fact discovery, and Plaintiff was in agreement. (*Id.*)

Plaintiff has not yet had an opportunity to file a reply brief or a response to Defendants' motion, but the Court finds further briefing unnecessary. Plaintiff's motion is deemed submitted. Local Rule 230(l).

In light of the parties' agreement, the Court finds good cause to grant the requested modification of the scheduling order. Fed. R. Civ. P. 16(b)(4). The discovery deadline will be extended to April 13, 2026. Further, as the requested June 19, 2026 deadline to file motions for summary judgment falls on a Court holiday, the Court finds it appropriate to set the dispositive motion deadline for June 22, 2026.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend discovery deadline, (ECF No. 33), and Defendants' motion for extension of time to file motion for summary judgment, (ECF No. 36), are GRANTED, as follows:

    a. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from February 10, 2026 to **April 13, 2026**; and

    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from April 20, 2026 to **June 22, 2026**; and

///

2. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **January 21, 2026**                    /s/ *Barbara A. McAuliffe*        _
                                        UNITED STATES MAGISTRATE JUDGE