# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MACKEY,<br><br>           Plaintiff,<br><br>   v.<br><br>RUDD, *et al.*,<br><br>           Defendants. | Case No.  1:24-cv-00648-JLT-BAM (PC)<br><br>ORDER REINSTATING BRIEFING ON PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF Nos. 38, 41)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DEPOSITION OF DEFENDANTS AND WITNESSES AS MOOT<br><br>(ECF No. 42) |

Plaintiff Terry Mackey ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Rudd and Ram for excessive force in violation of the Eighth Amendment; (2) Defendant Mix for failure to prevent harm in violation of the Eighth Amendment; (3) Defendants Rudd and Ram for a state law claim for battery; and (4) Defendants Rudd, Ram, and Mix for a state law claim for negligence.

On February 20, 2026, Plaintiff filed the following motions:  (1) "Motion to Compel Discovery; Request for In Camera Review;" (2) "Motion for Sanctions, Expedited Discovery Relief, and Rule 26(g) Certification Review Pursuant to Federal Rules of Civil Procedure 26 and 37;" and (3) "Request for Deposition of Defendants and Witnesses," which the Court construed as

1

motions to compel. (ECF Nos. 38, 41, 42.) On February 23, 2026, the Court issued an order directing the parties to meet and confer regarding the discovery disputes, and to file a joint statement following the parties' conference. The Court stayed further briefing on Plaintiff's motions to compel. (ECF No. 43.)

The parties' statements, filed on March 18, 2026, indicate that they did not resolve (1) Plaintiff's Motion to Compel Discovery; Request for In Camera Review (ECF No. 38), which seeks production of disciplinary records of Defendants, Internal Affairs investigation documents, Plaintiff's medical records, and video footage; and (2) Plaintiff's Motion for Sanctions (ECF No. 41). (ECF No. 44.) However, Plaintiff's request for deposition of defendants and witnesses (ECF No. 42) has been resolved. (*Id.*)

Having considered the representations of the parties, the Court finds it appropriate to reinstate briefing on Plaintiff's motion to compel and Plaintiff's motion for sanctions only. Any discovery issues already resolved during the meet and confer process need not be briefed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's Motion to Compel Discovery, (ECF No. 38), and Plaintiff's Motion for Sanctions, (ECF No. 41); and

2. Plaintiff shall file his replies, if any, within **fourteen (14) days** from the date of filing of Defendants' response or opposition to the motions.

3. Plaintiff's request for deposition of defendants and witnesses (ECF No. 42) is denied as moot.

IT IS SO ORDERED.

Dated:   **March 29, 2026**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE