**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY MACKEY, | No.  1:24-cv-00648 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |
| v. | |
| RUDD, *et al.*, | (Docs. 40, 63) |
| Defendants. | |

Terry Mackey is a former state prisoner who asserts that he suffered violations of his civil rights while in custody at the Siera Conservation Center.  (*See generally* Doc. 14.)  The action proceeds on the following claims in Plaintiff's second amended complaint: (1) excessive force in violation of the Eighth Amendment C. Rudd and K. Ram, (2)  failure to prevent harm in violation of the Eighth Amendment against M. Mix, (3) battery under California law against C. Rudd and K. Ram, and (4) negligence against C. Rudd, K. Ram, and M. Mix.  (*See* Doc. 17 at 3.)  Plaintiff now seeks leave to file a third amended complaint.  (Doc. 40.)

The magistrate judge observed that "Plaintiff's motion for leave to amend comes after the expiration of the relevant Discovery and Scheduling Order deadline for amendment to the pleadings."  (Doc. 63 at 4.)  The magistrate judge found Plaintiff failed to demonstrate "the requisite diligence to support modification of the Discovery and Scheduling Order."  (*Id.* at 9.)  The magistrate judge explained, "Plaintiff has had multiple opportunities to amend his complaint

1

prior to expiration of the relevant amendment deadline. There is no indication as to why Plaintiff's pleading deficiencies could not have been addressed in prior iterations of the complaint." (*Id.*)  Therefore, the magistrate judge found there was no good cause to support the request and recommended the Court deny the motion for leave to amend.  (*Id.* at 10.)

The Court served the findings and recommendations on the parties and informed them that any objections were due in 14 days.  (Doc. 63 at 10.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in  the waiver of the right to challenge the magistrate's factual findings' on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on May 27, 2026 (Doc. 63) are **ADOPTED**.

2. Plaintiff's motion for leave to file a third amended complaint (Doc. 40) is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

UNITED STATES DISTRICT JUDGE

2