**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TERRY MACKEY,

Plaintiff,

v.

C. RUDD, *et al.*,

Defendants.

Case No. 1:24-cv-00648 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 72)

Terry Mackey is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants move for dismissal, seeking terminating sanctions pursuant to Rule 37 of the Federals Rule of Civil Procedure on the grounds that Plaintiff failed to attend his noticed deposition and failed to fully respond to written discovery. (Doc. 68.) Plaintiff did not oppose the motion.

The magistrate judge determined that Plaintiff had abandoned this litigation based on his failure to appear at his deposition and his failure to respond to the pending motion. (Doc. 72 at 5-6.) The magistrate judge found that Plaintiff's conduct was willful and in bad faith. (*Id.*) The magistrate judge considered the factors set forth by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986), and found terminating sanctions are appropriate. (*Id.* at 6-8.) Therefore, the magistrate judge recommended the Court grant Defendants' motion. (*Id.* at 8.)

The Court served the Findings and Recommendations on Plaintiff and notified him that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (Doc. 72 at 9, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on September 27, 2026 (Doc. 72) are **ADOPTED**.
2. Defendants' motion for terminating sanctions (Doc. 68) is **GRANTED**.
3. This action is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 26, 2026

UNITED STATES DISTRICT JUDGE